IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00321-RPM-BNB

DANIEL KEESEY,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and
CIGNA GROUP INSURANCE,

    Defendants.

---

## ORDER OF DISMISSAL OF DEFENDANT CIGNA GROUP INSURANCE

---

On April 11, 2005, the defendants moved pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5) for the dismissal of defendant CIGNA Group Insurance. On May 6, 2005, the plaintiff filed a combined reply to defendant Life Insurance Company of North America's counterclaims and response to the motion to dismiss. In his response, the plaintiff agreed to the dismissal without prejudice of his claims against defendant CIGNA Group Insurance. Accordingly it is

ORDERED that the defendants' motion to dismiss is granted, and the plaintiff's claims against defendant CIGNA Group Insurance are dismissed without prejudice; and it is

FURTHER ORDERED that the plaintiff's motion for extension of time [doc. 5] is moot.

Dated: October <u>6th</u> , 2005.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge