IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00321-RPM

DANIEL KEESEY,

                Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,
A Pennsylvania corporation,
CIGNA GROUP INSURANCE, a Pennsylvania corporation,

                Defendants.
_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Joint Stipulation for Dismissal with Prejudice, filed on November 22, 2005, it is

      ORDERED that the complaint against defendant Life Insurance Company of North America is dismissed with prejudice, each party to bear its own legal fees and costs.

      DATED:  November 22, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge